SEPTEMBER 18, 1958

**No. 62343.**—SUIT 4940.—Morris Friedman *v.* United States.—

—C. D. 1907 affirmed May 23, 1958. C. A. D. 680.

**No. 62344.**—SUIT 4942.—United States *v.* Lyons Transport.—

C. D. 1912 reversed May 23, 1958. C. A. D. 681.

BEFORE THE FIRST DIVISION, SEPTEMBER 24, 1958

**No. 62345.**—F. H. Kaysing et al. *v.* United States, protests 288755–K, etc. (St. Louis).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the items marked "A" consist of crystal blanks the same in all material respects as those the subject of Abstract 61404, the claim at 15 percent under the provision in paragraph 214, as modified by T. D. 51802, for earthy or mineral substances was sustained. The items marked "B," stipulated to consist of crystal units or oscillators in chief value of metal, used as integral and constituent parts of electrical radios, were held dutiable at 12½ percent under the provision in paragraph 353, as modified by the Torquay Protocol to the General Agreement on Tariffs and Trade (T. D. 53739), for parts of radios, in chief value of metal, not specially provided for, as claimed.

BEFORE THE SECOND DIVISION, SEPTEMBER 24, 1958

**No. 62346.**—Plus Computing Machines, Inc. *v.* United States, protests 309376–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of key-driven calculating machines the same in all material respects as those the subject of *Plus Computing Machines, Inc.* v. *United States* (44 C. C. P. A. 160, C. A. D. 655), the claim of the plaintiff was sustained.